IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BACHEL HAN, | ) | Civil Action 2:12-cv-00307-NBF |
| | ) | |
| Plaintiff, | ) | The Hon. Nora Barry Fischer |
| | ) | U.S. District Judge |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| INDIANA UNIVERSITY OF PENNSYLVANIA, PRESIDENT TONY ATWATER, an individual, DEAN CARLEEN ZONI, an individual, DR. CHRISTOPHER JANICAK, an individual, DR. LON FERGUSON, an individual, HELEN KENNEDY, an individual, DR. JOHN ENGLER, an individual, DR. TRACY CEKADA, an individual, and DR. LAURA RHODES, an individual, | ) ) ) ) ) ) ) ) ) ) ) | FILED ELECTRONICALLY |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW COME the parties, through respective counsel, and hereby stipulate that the above-captioned action shall be dismissed pursuant to FED. R. CIV. PROC. 41, with each party to bear its own costs, expenses and attorneys' fees. An Order of Court is attached hereto.

Respectfully Submitted,

Date: May 24, 2013

| | |
|---|---|
| LIEBER HAMMER HUBER & BENNINGTON, P.C.<br><br>s/James B. Lieber<br>James B. Lieber, Esq.<br>Pa. I.D. No. 21748<br>Jacob M. Simon, Esq.<br>Pa. I.D. 202610<br>5528 Walnut Street<br>Pittsburgh, PA 15232<br>(412) 687-2231<br>fax:  (412) 687-3140<br>jlieber@lhhb-law.com<br><br>Attorneys for Plaintiff | OFFICE OF THE ATTORNEY GENERAL<br><br>s/Thomas L. Donahoe<br>Thomas L. Donahoe, Esq.<br>Pa. I.D. No. 29342<br>Senior Deputy Attorney General<br>Gregory Neuhauser, Esq.<br>Pa. I.D. No. 31485<br>Chief Deputy Attorney General<br>6th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh, PA 15219<br>(412) 565-2572 (tel.)<br>(412) 565-3019 (fax)<br>tdonahoe@attorneygeneral.gov<br><br>Attorneys for Defendants |

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas L. Donahoe, Esq.
Senior Deputy Attorney General
Gregory Neuhauser, Esq.
Chief Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-2572 (tel.)
(412) 565-3019 (fax)
tdonahoe@attorneygeneral.gov

Attorneys for Defendants

                                                            s/James B. Lieber
                                                            James B. Lieber, Esq.
                                                            Counsel for Plaintiff