# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BACHEL HAN, | ) Civil Action 2:12-cv-00307-NBF |
| | ) |
| Plaintiff, | ) The Hon. Nora Barry Fischer |
| | ) U.S. District Judge |
| | ) |
| vs. | ) JURY TRIAL DEMANDED |
| | ) |
| INDIANA UNIVERSITY OF | ) FILED ELECTRONICALLY |
| PENNSYLVANIA, PRESIDENT TONY | ) |
| ATWATER, an individual, DEAN CARLEEN | ) |
| ZONI, an individual, DR. CHRISTOPHER | ) |
| JANICAK, an individual, DR. LON | ) |
| FERGUSON, an individual, HELEN | ) |
| KENNEDY, an individual, DR. JOHN | ) |
| ENGLER, an individual, DR. TRACY | ) |
| CEKADA, an individual, and DR. LAURA | ) |
| RHODES, an individual, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 24th day of May , 2013, it is hereby ORDERED that the

above-captioned action is DISMISSED with prejudice, with each party to bear its own costs,

expenses, and attorneys' fees.

BY THE COURT,

The Hon. Nora Barry Fischer
U.S. District Judge